JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONDER HOSPITALITY USA INC. d/b/a BEVERLY TERRACE; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-06830-AB (ADSx)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

On January 26, 2022, Plaintiff filed a notice of voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 31).

Upon due consideration, and given the appearance of good cause, the Court **DISMISSES** this action **in its entirety and with prejudice**. Each party must bear its own costs and attorneys' fees. The Clerk of Court is hereby instructed to terminate all pending motions and deadlines and to close the case.

**IT IS SO ORDERED.**

DATED:  January 28, 2022

_____
Hon. André Birotte Jr.
United States District Judge

1